No. 4098.—Ferrari, apdo., *v.* American Railroad Company, aplte.—C. D. Aguadilla. Daños y perjuicios. Nov. 23, 1926. Presentada la transcripción de la evidencia en la corte inferior el 26 de Junio de 1926 después de varias prórrogas, y habiendo ocurrido la muerte del juez de dicha corte, el nombramiento de otro juez el 14 de agosto siguiente,

las vacaciones del tribunal en agosto y septiembre, que la corte dedicó el mes de octubre a casos criminales y que está señalado el 20 de noviembre de 1926 para la aprobación de la dicha transcripción de la evidencia, *no ha lugar* a desestimar el recurso.